UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TAMRAT, | No. 2: 22-cv-1873 KJN P |
| Plaintiff, | |
| v. | ORDER & FINDINGS & RECOMMENDATIONS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

By order filed November 2, 2022, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (ECF No. 6.) Thirty days from that date passed, and plaintiff did not file an amended complaint. Accordingly, the undersigned recommends that this action be dismissed.

On November 4, 2022, plaintiff filed a motion to stay this action. (ECF No. 9.) Plaintiff alleges that he will be released from prison custody on November 14, 2022. (Id.) Plaintiff alleges that he will be temporarily homeless upon his release. (Id.) Plaintiff requests that this action be stayed until he obtains a mailing address. (Id.)

Records from the California Department of Corrections and Rehabilitation ("CDCR") indicate that plaintiff was not released from prison on November 14, 2022, and that plaintiff is still in prison. Therefore, plaintiff's custody status did not impact his ability to prepare an

amended complaint. Because plaintiff is still in prison, plaintiff's motion to stay is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to appoint a district judge to this action;

2. Plaintiff's motion to stay (ECF No. 9) is denied without prejudice; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 8, 2022

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

Tam1873.fta