UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TAMRAT, | No. 2: 22-cv-1873 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

    Plaintiff is a former state prisoner, proceeding without counsel, with this civil rights action. For the reasons stated herein, the December 8, 2022 findings and recommendations are vacated, plaintiff's motion to stay is denied and plaintiff is granted sixty days from the date of this order to file a notice of change of address.

    By order filed November 2, 2022, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (ECF No. 6.) Thirty days passed and plaintiff did not file an amended complaint. Accordingly, on December 8, 2022, the undersigned recommended that this action be dismissed. (ECF No. 12.)

    On December 8, 2022, plaintiff filed an amended complaint. (ECF No. 13.) The undersigned was not aware of plaintiff's amended complaint when he issued the December 8, 2022 findings and recommendations. Good cause appearing, the December 8, 2022 findings and

recommendations are vacated.

On December 19, 2022, plaintiff filed a motion to stay this action. (ECF No. 14.) Plaintiff alleges that he will be released from custody on December 20, 2022. (Id.) Plaintiff will be homeless following his release from custody. (Id.) Plaintiff requests that this action be stayed apparently until he obtains housing. (Id.)

Records from the California Department of Corrections and Rehabilitation ("CDCR") reflect that plaintiff has been released from custody.

While the undersigned is sympathetic to plaintiff's status as an unhoused person following his release from custody, this action cannot be indefinitely stayed. For these reasons, plaintiff's motion to stay is denied, and plaintiff is granted sixty days from the date of this order to file a notice of change of address reflecting his out-of-custody address. Failure to file a notice of change of address within that time will result in a recommendation of dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 8, 2022 findings and recommendations (ECF No. 12) are vacated;
2. Plaintiff's motion to stay (ECF No. 14) is denied;
3. Plaintiff is granted sixty days from the date of this order to file a notice of change of address reflecting his out-of-custody address; failure to file a notice of change of address within that time will result in a recommendation of dismissal of this action.

Dated: January 4, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tam1873.vac

2